

# COURT OF APPEALS FOR THE
# FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER

Appellate case name:      Frank Enns, Jr. v. The State of Texas

Appellate case number:      01-19-00234-CR

Trial court case number:      17-02-15918

Trial court:      506th District Court of Waller County

Appellant, Frank Enns Jr., has filed a fourth motion to extend the time to file appellant's brief. Since filing his motion, appellant has filed his brief. Accordingly, the Court **dismisses** appellant's motion as moot.

It is so ORDERED.

Judge's signature:     /s/ Evelyn V. Keyes

             ☑ Acting individually     ☐ Acting for the Court

Date: ___November 26, 2019___